**Dismissed and Opinion Filed September 27, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00954-CV**

**ABDUL MATEEN MODI, Appellant**
**V.**
**AFSHEEN IMRAN, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-03597-2019**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Goldstein
Opinion by Justice Molberg

Appellant's brief in this case is overdue. By postcard dated September 1, 2021, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file his brief by that time would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Ken Molberg//
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

ABDUL MATEEN MODI,
Appellant

No. 05-20-00954-CV      V.

AFSHEEN IMRAN, Appellee

On Appeal from the County Court at Law No. 3, Collin County, Texas Trial Court Cause No. 003-03597-2019.
Opinion delivered by Justice Molberg. Justices Nowell and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 27th day of September, 2021.